# 662 CASES REPORTED WITH BRIEF SYLLABI.

unless the appellant procure appellant's points to be filed on or before November 25, 1927. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

712 HOLDING CORPORATION v. THE GREELEY CO., INC.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure appellant's points to be filed on or before November 25, 1927. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. RALPH ORTIZ and Others.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

SAMUEL EDELSTEIN, a Stockholder in 2904 SECOND AVE. REALTY CORP., etc., v. ABRAHAM KOMPEL and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

MANUEL MONSANTO v. UNITED SILK MILLS, INC.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

BIRD S. COLER, Commissioner of Public Charities of the City of New York, on the Complaint of LUCY MOSTOVOY v. HARRY THOMASHEPSKY.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

TICE TOWING LINE v. THE WESTERN ASSURANCE COMPANY.— Motion granted. Present — Dowling, P. J., Finch, McAvoy and Martin, JJ.

BENJAMIN GOLDSTEIN v. ADOLPH M. FRIEND, Impleaded with Another.—Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of FRANCIS MERRILL, as Executor, and the AMERICAN TRUST COMPANY, as Administrator C. T. A. of the Last Will and Testament of ANGIE M. BOOTH, Deceased.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

GEORGE M. HAYNER COMPANY v. MACCO, INC., and Another, Impleaded with GEORGE M. HAYNER and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

HENRY ROHWER v. EARL W. QUIRK and Others, Impleaded with EDWARD J. BRANDT.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

ISIDORE BASS, an Infant, etc., v. PERETZ LICHT.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

IRVING ISAACS v. MICHAEL SALIT.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

JOHN COLEMAN v. GRAND CENTRAL WICKER SHOP.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

JOHN M. BRENNAN v. NATIONAL EQUITABLE INVESTMENT CO., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

In the Matter of the Application of SAMUEL SILVER for Admission to the Bar.— Referred to the committee on character and fitness. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

MAPLE HOLDING CORPORATION v. WEICHMAN-HARTE REALTY CORPORATION